UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                   CASE NO. 06 B 14644
   PAMELA S WILLIAMS
                                         CHAPTER 13

                                         JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-6699
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/08/06 and confirmed on 10/23/07.

2. The case was dismissed after confirmation, 04/10/2008.

3. The Debtor paid a total of $ 86366.20 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| JP MORGAN CHASE BANK | SECURED | 2259.32 | .00 | 2259.32 |
| FREMONT INVESTMENT AND L | CURRENT MORTG | 10494.52 | .00 | 10494.52 |
| CENTER CAPITAL CORP | SECURED | .00 | .00 | .00 |
| DAIMLER CHRYSLER SERVICE | UNSECURED | 5346.72 | 34.86 | 3791.62 |
| KANE COUNTY TREASURER | PRIORITY | .00 | .00 | .00 |
| BOCHTE & KOZNIAR | UNSECURED | 3092.43 | 19.49 | 2186.41 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 6219.33 | 40.54 | 4410.43 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 290.34 | 1.70 | 204.04 |
| SEAN LAZZARI | UNSECURED | NOT FILED | .00 | .00 |
| VERMONT STUDENT ASSISTAN | UNSECURED | 23213.91 | 151.33 | 16462.11 |
| AMERICAN GENERAL FINANCE | MORTGAGE ARRE | 1164.80 | .00 | 1164.80 |
| JP MORGAN CHASE BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| FREMONT INVESTMENT AND L | MORTGAGE ARRE | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10356.10 | 67.51 | 7344.01 |
| B REAL LLC | UNSECURED | 474.97 | 2.77 | 333.79 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 15031.06 | 97.98 | 10659.26 |
| B LINE LLC | UNSECURED | 2162.97 | 14.14 | 1533.84 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ASSET ACCEPTANCE CORP | UNSECURED | 7893.34 | 51.45 | 5597.56 |
| ASSET ACCEPTANCE CORP | UNSECURED | 816.72 | 4.77 | 573.96 |
| ER SOLUTIONS INC | UNSECURED | 377.12 | 2.21 | 265.02 |
| STEVEN TITNER | UNSECURED | 2003.09 | 13.09 | 1420.46 |
| CITICAPITAL COMMERCIAL C | UNSECURED | 12656.00 | 82.51 | 8974.98 |

Summary of disbursements:
---

```
                   SECURED     PRIORITY    UNSECURED        OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  13918.64        .00     89934.10          .00    103852.74
PRINCIPAL PAID      13918.64        .00     63757.49          .00     77676.13
INTEREST PAID            .00        .00       584.35          .00        584.35
TOTAL PAID          13918.64        .00     64341.84          .00     78260.48
```

The Debtor's attorney, RUDDY MILROY & KING         , was allowed $  11300.00
and was paid $    7100.00   direct and $   4200.00   through the plan.

The Trustee received $    3905.72 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 09/18/08                 /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
             CASE NO. 06 B 14644 PAMELA S WILLIAMS